# EXHIBIT A



FLORIDA
GULF COAST
UNIVERSITY
———————————————————————————— Academic Affairs

March 7, 2018

Christopher M. Parfitt, Ed.D.
427 SE 20th Court
Cape Coral, FL 33990

Dear Dr. Parfitt:

Congratulations, Florida Gulf Coast University is pleased to offer you a 1.0 FTE nine (9) month faculty position (#101640) in the Department of Educational Leadership at the rank of Assistant Professor (9003). The offer is a non-tenure earning, continuing multi-year appointment with a start date of August 7, 2018. Your initial annual salary will be $58,000. This appointment consists of an initial three (3) year term extendible annually on the basis of overall satisfactory annual performance. This contract shall remain in force unless otherwise notified.

Your employment terms and conditions are subject to federal and state employment laws, Florida Gulf Coast University regulations, policies and the Collective Bargaining Agreement (CBA) between FGCU and UFF-FGCU Chapter which can be found at http://www.fgcu.edu/provost/Faculty.html.

Your initial assignment may include teaching, at both undergraduate and graduate levels, as applicable; course and/or curriculum development; research/scholarship and/or professional development; involvement on College and University committees and/or initiatives; as well as duties as assigned. Teaching assignments may be on the main campus, at off-campus sites within our region, and/or distance learning. Faculty are expected to be excellent teachers, responsive to changing professional needs; committed to innovative delivery of instruction resulting in improved student learning; committed to effective use of technology including distance learning; produce peer reviewed scholarship and/or professional development; and provide service to the College, University and Community.

As a condition of this appointment:
- You must pass a Level 2 background check through FGCU, which includes fingerprinting.
- You must submit an official copy of your transcript of the highest degree earned and other official graduate or related credentials that establish your qualifications to teach in the discipline, directly to FGCU by the degree granting institution.
- If your degree granting institution is from outside the United States and does not provide transcripts of course work, you are required to present the original diploma and other records so that the University can make a copy. Additionally, you are also required to have the degree granting university send an official letter directly to the FGCU Office of the Provost documenting at a minimum: the period of attendance, highest degree earned, date degree confirmed, the field of study and if possible the specific courses completed.
- You are required to disclose any of your intellectual property that is related in any manner to your field. The disclosure should identify all such intellectual property including but not limited to copyrighted works, trade secrets, patents, patent applications, and/or disclosures. Please include all relevant documents illustrating the ownership/license status of such intellectual property and its stage of development. If such intellectual property is co-owned or jointly owned or is licensed, identify the persons having rights to the works.

(239) 590-7000 • TTY: (239) 590-1450 • SUNCOM: 731-7000 • FAX: (239) 590-7034 • www.fgcu.edu
10501 FGCU Boulevard South • Fort Myers, Florida 33965-6565
An Affirmative Action Equal Opportunity Employer • A member of the State University System of Florida



Newly appointed faculty members are eligible to apply for promotion after completing four (4) full years in rank or level. Promotion decisions shall be a result of meritorious performance and shall be based upon criteria and procedures developed in writing by the faculty in the colleges/units. Information pertinent to promotion may be found in the Collective Bargaining Agreement (CBA) and the Faculty Performance Evaluation Document (FPED).

As part of the University's effort to ensure excellence in teaching and student learning, all faculty with less than two (2) years of full-time teaching experience at the university level, are required to enroll in a University sponsored semester-long teaching and learning workshop in lieu of undertaking the service responsibility in the first year of appointment.

As an employee of Florida Gulf Coast University you agree that you do not have the right to make any contracts or commitments on behalf of the University without the prior written consent of the appropriately designated University official. It is the obligation of the employee to report outside activity/conflict of interest under provisions in the CBA.

I look forward to your joining the exciting environment of Florida Gulf Coast University and working with you.

Sincerely,

*[signature]*

James L. Llorens, Ph.D.
Interim Provost and Vice President for Academic Affairs

To accept this letter of offer with the stated terms, please sign and return it to the Department of Human Resources in the enclosed postage-paid envelope, by no later than March 23, 2018. Upon receipt by the University, this document will become your employment contract and coverage under the CBA will begin on your start date.

_____          _____
Christopher M. Parfitt, Ed.D.                              Date